**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6662**

---

THOMAS HARLEY,

Plaintiff - Appellant,

versus

GARDNER, Nurse at Kershaw Correctional
Institution; LIEUTENANT ROBINSON, at Kershaw
Correctional Institution; MICHAEL J. BEINOR,
MD,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Terry L. Wooten, District Judge.
(CA-01-2207-3-25BC)

---

Submitted:  June 20, 2002          Decided:  June 27, 2002

---

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Thomas Harley, Appellant Pro Se.  John Eric Fulda, James E. Parham,
Jr., Irmo, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas Harley appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Harley v. Gardner</u>, No. CA-01-2207-3-25BC (D.S.C. Apr. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>